UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JAMAL R. WASHINGTON, As Administrator
of the Estate of FRANCES DELANCEY WASHINGTON          08 CIV 4566
and PAUL WASHINGTON, Jr.

                                            Plaintiffs,          **NOTICE OF APPEARANCE**

v.

NATIONAL FREIGHT, INC., and
JOSEPH M. BOOR, JR.

                                            Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the law firm of Goldberg Segalla, LLP hereby appears as counsel of record for defendant NATIONAL FREIGHT, INC., and requests that all future notices and other papers be served upon Goldberg Segalla, LLP at 170 Hamilton Avenue, Suite 203, White Plains, New York 10601-1717.

Dated:  White Plains, New York
          June 10, 2008

                              By: _____
                                  MICHAEL D. SHALHOUB, ESQ. (MS 2879)
                                  GOLDBERG SEGALLA, LLP
                                  **Attorneys for Defendant**
                                  NATIONAL FREIGHT, INC.,
                                  170 Hamilton Avenue, Suite 203
                                  White Plains, New York 10601
                                  Phone: (914) 798-5400
                                  Fax:   (914) 798-5401

To:    Matthew R. Kreinces, Of Counsel (2724)
ROURA & MELAMED
Attorneys for Plaintiffs
Office & P.O. Address
233 Broadway – Suite 2700
New York, New York 10279
(212) 227-6821
File No.: RM-13706

114493.1

Washington v. National Freight, Inc, et al.
Civil No.: 08-CV-4566
GS File No.: 6099.0001

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, a copy of the **NOTICE OF APPEARANCE** was filed electronically, and served by mail upon anyone unable to accept electronic filing, at the addresses listed below. Notice of this filing was will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                Matthew R. Kreinces,
                Of Counsel (2724)
              ROURA & MELAMED
              Attorneys for Plaintiffs
              Office & P.O. Address
            233 Broadway – Suite 2700
            New York, New York 10279
                (212) 227-6821
              File No.: RM-13706

            GOLDBERG SEGALLA, LLP

            _____
            MICHAEL D. SHALHOUB, ESQ. (MS 2879)
            **Attorneys for Defendant**
            NATIONAL FREIGHT, INC.,
            170 Hamilton Avenue, Suite 203
            White Plains, New York 10601
            Phone: (914) 798-5400
            Fax:   (914) 798-5401