UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JAMAL R. WASHINGTON, As Administrator
of the Estate of FRANCES DELANCEY WASHINGTON       08 CIV 4566
and PAUL WASHINGTON, Jr.

                                                                                     **Rule 7.1**
                              Plaintiffs,                        **Disclosure**

v.

NATIONAL FREIGHT, INC., and
JOSEPH M. BOOR, JR.

                              Defendants.

------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 7.1, defendant, NATIONAL FREIGHT, INC., by and through its undersigned attorneys, make the following disclosure:

      The defendant, NATIONAL FREIGHT, INC., does not have a parent corporation.

      No publicly held corporation owns 10% or more of the stock of the defendant, NATIONAL FREIGHT, INC.

Dated:    White Plains, New York
              June 10, 2008

              By: _____
                     MICHAEL D. SHALHOUB, ESQ. (MS 2879)
                     GOLDBERG SEGALLA, LLP
                     **Attorneys for Defendant**
                     NATIONAL FREIGHT, INC.,
                     170 Hamilton Avenue, Suite 203
                     White Plains, New York 10601
                     Phone: (914) 798-5400
                     Fax:   (914) 798-5401

To:  Matthew R. Kreinces, Of Counsel (2724)
ROURA & MELAMED
Attorneys for Plaintiffs
Office & P.O. Address
233 Broadway – Suite 2700
New York, New York 10279
(212) 227-6821
File No.: RM-13706

114493.1

Washington v. National Freight, Inc, et al.
Civil No.: 08-CV-4566
GS File No.: 6099.0001

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2008, a copy of the **RULE 7.1 DISCLOSURE** was filed electronically, and served by mail upon anyone unable to accept electronic filing, at the addresses listed below. Notice of this filing was will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> Matthew R. Kreinces,
> Of Counsel (2724)
> ROURA & MELAMED
> Attorneys for Plaintiffs
> Office & P.O. Address
> 233 Broadway – Suite 2700
> New York, New York 10279
> (212) 227-6821
> File No.: RM-13706

> GOLDBERG SEGALLA, LLP
>
> _____
> MICHAEL D. SHALHOUB, ESQ. (MS 2879)
> **Attorneys for Defendant**
> NATIONAL FREIGHT, INC.,
> 170 Hamilton Avenue, Suite 203
> White Plains, New York 10601
> Phone: (914) 798-5400
> Fax:   (914) 798-5401