U.S. DISTRICT COURT of the STATE OF NEW YORK                              N
COUNTY OF SOUTHERN, NEW YORK                       Index # 08 CIV 4566
                                                  Date Index # Filed 05/16/08

Plaintiff(s)
JAMAL R. WASHINGTON, AS ADMINISTRATOR OF THE ESTATE OF          Katz & Kreinces, Llp
FRANCES DELANCEY WASHINGTON, ET AL                              170 Old Country Rd, #316
                - against -              AFFIDAVIT              Mineola, NY 11501
Defendant(s)
NATIONAL FREIGHT INC., AND JOSEPH M. BOOR, JR.,

                                                 Court Date:
                                                 Your File No:
                                                 Our Rec. No: 294189

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

Harry Torres LIC#915257, being duly sworn deposes and says deponent is not a party
to this action and is over the age of eighteen and resides in the State of New York.


That on 05/21/08 at 1:29PM at:

        C/O CT CORPORATION SYSTEM Floor 13
        111 EIGHTH AVENUE, NEW YORK, NY

deponent served the within SUMMONS & VERIFIED COMPLAINT & JURY DEMAND
on NATIONAL FREIGHT INC. recipient therein named.


By delivering to and leaving with PAULA KASH
at 111 8TH AVE., 13TH NY, NY
and that he knew the person so served to be the AUTHORIZED PARTY
of the corporation.

A description of the recipient or other person served on behalf of the recipient is as follows:

Approximate Age: 60      Approximate Weight: 100      Approximate Height: 5'0
Color of Skin: WHITE           Color of Hair: BLONDE           Sex: FEMALE
WEARS GLASSES

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active
duty in the military service in the State of New York and was informed he was not.  Your deponent further says that he knew the person so
served to be the person mentioned and described in said legal papers as defendant/respondent therein.  Your deponent is over the age of 18
years and is not a party to this action.

Sworn to before me this date 05/27/08
Timothy L. Compton #01CO6035895
Notary Public, State of New York                    Harry Torres LIC#915257
Nassau County, Commission Expires 01/10/2010