LA307-008807051-0007; 218A-50200 (ADC 1C) cd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
x
JAMAL R. WASHINGTON, as the Administrator of
The Estate of FRANCES DELANCEY WASHINGTON
and PAUL WASHINGTON, SR.,

                                 Plaintiffs,

                -against-

NATIONAL FREIGHT INC. and JOSEPH M. BOOR,
JR.,

                               Defendants.
-------------------------------------------------------------------
x

08-CV-2566 (LAK)

**NOTICE OF APPEARANCE AND
DEMAND FOR JURY TRIAL**

ECF CASE

**PLEASE TAKE NOTICE** that plaintiff on the counterclaim, **JAMAL R. WASHINGTON, as Adminstrator of the Estate of FRANCES DELANCEY WASHINGTON,** appears in this action by the undersigned attorney and that all papers are to be served upon the undersigned attorney at her office Robin, Harris, King & Fodera located at One Battery Park Plaza, 30th Floor, New York, NY 10004-1437. Plaintiff on the counterclaim demands a jury trial of this action.

Dated: New York, New York
      July 18, 2008                Yours, etc.,

                        By:         _____/s/_____
                                  DOREEN J. CORREIA (DJC/3075)
                                  Associated with the Law Office
                                  ROBIN, HARRIS, KING &
                                  FODERA
                                  Attorneys for plaintiff on the counterclaim
                                  JAMAL R. WASHINGTON, as Administrator of
                                  the Estate of FRANCES DELANCEY
                                  WASHINGTON
                                  One Battery Park Plaza-Suite 3018
                                  New York, New York  10004
                                  (212) 487-9701

TO:    ROURA & MELAMED
        By MATHEW R. KREINCES, Of Counsel
        Attorneys for Plaintiffs
        Office & P.O. Address
        233 Broadway
        New York, New York  10279
        (212) 227-6821
        File No: RM-13706


        GOLDBERG SEGALLA, LLP
        Attn: Michael David Shalhoub
        Attorneys for Defendants
        170 Hamilton Avenue, Suite 203
        White Plains, NY  10601
        (914) 798-5410